J. John Hassett, Appellant, v. Harriet Arnot Rathbone, Personally, and as President of T. Briggs & Company, and T. Briggs & Company, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Morris Lieberman, as Administrator, etc., of Abraham Lieberman, Deceased, Respondent, v. Amos C. Van Gaasbeek and Another, Individually and as Executors, etc., and Another, Appellants.— Motion denied.

Charles H. Mulroney, Respondent, v. James O. Winston and Others, Appellants.— Motion denied.   Cochrane, J., not sitting.

Joseph T. Mulligan, Appellant, v. Charles Strauss and Others, Commissioners of the Board of Water Supply of the City of New York, and William A. Prendergast, Comptroller of the City of New York, Respondents, Impleaded with Jerome H. Buck, Appellant.— Motion denied.

In the Matter of the Claim of Mary V. Saxon for Compensation under the Workmen's Compensation Law, v. Erie Railroad Company, Employer and Self-insurer.— Motion granted.

In the Matter of the Claim of Eugene B. Waite, Jr., for Compensation under the Workmen's Compensation Law, v. The Pennsylvania Railroad Company, Employer.— Motion denied.

In the Matter of the Claim of Ella Bloomfield for Compensation under the Workmen's Compensation Law, v. S. November, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of John Frederick Benton for Compensation under the Workmen's Compensation Law, v. George H. Fraser, Employer, and Zurich General Accident and Liability Insurance Company, Limited, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of George C. Rist, Respondent, for Compensation under the Workmen's Compensation Law, v. Larkin & Sangster, Employer, and United States Fidelity and Guaranty Company, Appellants.— Motion denied.

In the Matter of the Probate of the Instrument, Dated May 8, 1912, of Charlotte Potter, Deceased. Alonzo H. Potter, Appellant; Augusta Gould, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg, P. J., who dissented.

Anna Quirk, Respondent, v. Mary Coyne, Appellant.— Judgment unanimously affirmed, with costs.   Lyon, J., not sitting.

Daniel G. Underwood and William G. Tiffany v. John P. Ahrens.— Motion held until the first motion day of the May term, when the parties may present affidavits to the court showing the nature of the controversy and the questions sought to be reviewed and other facts, so that the court may better determine what action should be taken.

Carl Zoffnass, Respondent, v. Isaac B. Levy, Appellant.— If the defendant, within twenty days, files a bond in the penalty of six hundred dollars with two sufficient sureties, conditioned for the payment of any judgment